# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et. al., ) | CIV- F-05-1588 AWI DLB |
|             **Plaintiffs**, ) | |
| ) | ORDER VACATING IN PART |
|       v. ) | THE ORDER OF MARCH 7, 2006 |
| ) | |
| CHRISTOPHER B. FUNCH d.b.a. ) | |
| PORKY'S, et. al., ) | |
| ) | |
|             **Defendant**. ) | |

      On March 6, 2006, Plaintiffs filed a notice of voluntary dismissal, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  The notice of dismissal was effective upon filing without the need for a further court order.  <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

      On March 7, 2006, in recognition of the dismissal, the Court ordered the Clerk to close this case.  <u>See</u> Court's Docket Document No. 8.  In that order, the Court mistakenly indicated that dismissal was with prejudice.  <u>Id.</u>  In fact, Plaintiffs's notice of dismissal indicates that dismissal is without prejudice.  <u>See</u> Court's Docket Document No. 7.  Thus, the dismissal was actually without prejudice.

      Accordingly, IT IS HEREBY ORDERED that:

1.      The Court's order of March 7, 2006, which is Document No. 8 in the Court's Docket of this case, is VACATED to the extent that it orders or reflects that dismissal of this case was with prejudice;

2.      This case was actually dismissed under Rule 41(a)(1)(i) without prejudice; and

3.      This case remains closed.

IT IS SO ORDERED.

**Dated:     March 10, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                              UNITED STATES DISTRICT JUDGE

2